**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LNS Enterprises LLC, et al., | No. CV-19-05221-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Continental Motors Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Retain Supplemental Jurisdiction. (Doc. 98.) The remaining Defendants, Falcon Executive Aviation, Inc., Chandler Aviation Services, Inc., and Lone Mountain Aviation, Inc., filed a Joint Response and Notice of Non-Opposition to Plaintiffs' Motion to Retain Supplemental Jurisdiction. (Doc. 99.) After the Plaintiffs and Defendants filed these respective pleadings, the Court issued its order granting final judgement under rule 54(b) to several other defendants in the case. (Doc. 100.) It appears that after this order was issued resolving the case against some parties, the case was erroneously terminated as to all remaining parties on September 1, 2020. (*Id*.) As such the parties never received a ruling on the remand or retention of their remaining claims.

Having considered the Plaintiff's motion and noted the acquiescence of all parties the Court agrees that the "the values of judicial economy, convenience, fairness, and comity" warrant exercising its discretion to retain the case. *See City of Chicago v. Int'l Coll. of Surgeons*, 552 U.S. 156, 173 (1997). As such, Plaintiff's remaining claims against

Defendants Falcon Executive Aviation, Inc., Chandler Aviation Services, Inc., and Lone Mountain Aviation, Inc. will be retained.

Accordingly,

**IT IS ORDERED** directing the Clerk of Court to vacate the previous termination of this case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Retain Supplemental Jurisdiction (Doc. 98) is granted.

Dated this 19th day of April, 2021.

Honorable Susan M. Brnovich
United States District Judge

- 2 -